George V. Granade
ggranade@reesellp.com
**REESE LLP**
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070
Facsimile: (212) 253-4272

Michael R. Reese
mreese@reesellp.com
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

Sophia G. Gold (*pro hac vice* to be filed)
sgold@kalielpllc.com
**KALIEL PLLC**
1875 Connecticut Avenue Northwest, 10th Floor
Washington, District of Columbia 20009
Telephone: (202) 340-4783

*Counsel for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NEW YORK**

**ROCHESTER DIVISION**

| | |
|---|---|
| MICHAEL LEE, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>- against -<br><br>CANANDAIGUA NATIONAL BANK & TRUST,<br><br>Defendant. | No. 6:20-cv-06332-EAW<br><br>**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT** |

Plaintiff Michael Lee respectfully submits this notice of supplemental authority to inform the Court of an additional recent order denying a motion to dismiss in a similar case, which was issued subsequent to the filing of Defendant's Reply in Further Support of Motion to Dismiss, ECF No. 17. In the case, the plaintiff challenged a "retry" insufficient funds ("NSF") fee identical to that at issue here.

In *Grice v. Independent Bank*, Case No. 7:20-cv-01948-JD (D.S.C. Mar. 26, 2021), ECF No. 39 (attached as **Exhibit A**), Judge Joseph Dawson, III held:

> Given the record before the Court and the facts articulated herein, this Court does not agree that the Account Documents speak with the clarity Independent ascribes to them. Rather, they contain sufficient ambiguities which prevent dismissal at this stage. Grice offers a reasonable interpretation of the Account Documents, which plausibly supports her breach of contract claims. Moreover, she has plead sufficient facts to support a breach of good faith and fair dealing claim to survive a motion to dismiss.

Ex. A at 12.

Date: March 30, 2021                                    Respectfully submitted,

By: */s/ George V. Granade*
George V. Granade
*ggranade@reesellp.com*
**REESE LLP**
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070
Facsimile: (212) 253-4272

Michael R. Reese
*mreese@reesellp.com*
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

1

Sophia G. Gold (*pro hac vice* to be filed)
*sgold@kalielpllc.com*
**KALIEL PLLC**
1875 Connecticut Avenue Northwest, 10th Floor
Washington, District of Columbia 20009
Telephone: (202) 340-4783

*Counsel for Plaintiff and the Proposed Class*